151 A.3d 968

IN THE MATTER OF THE CIVIL COMMITMENT
OF C.S.P. (C.S.P. - PETITIONER)

September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000157-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 968

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MARAT GARBON, DEFENDANT-PETITIONER.

September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003263-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.